UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| RICHARD L. LONG, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) Nos: | 3:03-cr-45 |
| | ) | 3:08-cv-32 |
| | ) | (PHILLIPS/GUYTON) |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is **DENIED**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. Therefore, this court hereby **DENIES** the petitioner leave to proceed in forma pauperis on appeal.

**ENTER:**

                                                    s/ Thomas W. Phillips
                                               United States District Judge

ENTERED AS A JUDGMENT
   s/ *Patricia L. McNutt*
    CLERK OF COURT